977 A.2d 1087

**Thomas ROBINSON, Petitioner**

**v.**

**PROTHONOTARY OFFICE, CLERK OF MOTIONS COURT, COURT OF COMMON PLEAS, Respondent.**

**No. 80 EM 2009.**

Supreme Court of Pennsylvania.

July 22, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**